| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Barron , David J. | 2. Court or Organization<br><br>United States Court of Appeals for the First Circuit | 3. Date of Report<br><br>08/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

7. Chambers or Office Address

John J. Moakley United States Courthouse
1 Courthouse Way, Suite 7710
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor | Harvard Law School |
| 2. | Member | American Society of International Law (ASIL) Judicial Advisory Board |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barron , David J. | 08/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Harvard University - part-time faculty member, salary | $27,765.00 |
| 2. 2017 | LEG, Inc. dba West Academic - book royalties | $1,144.79 |
| 3. 2017 | Wylie Agency - book royalties | $20,000.00 |
| 4. 2017 | Cornell University - book royalties | $102.87 |
| 5. 2017 | Pritzker Military Foundation - Colby Award (literary award) | $5,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Harvard University, salary |
| 2. 2017 | Juliette Kayyem solutions, LLC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Colorado Boulder | March 12-15, 2017 | Denver and Boulder, CO | Moot court competition | Transportation, meals, hotel |
| 2. | Norwich University and Pritzker Military Foundation | April 12-13, 2017 | Northfield, VT | Colby award ceremony and guest teaching | Transportation, meals, hotel |
| 3. | Prtizker Military Library and Pritzker Military Foundation | June 15-16, 2017 | Chicago, IL | Book presentation and speaking engagement | Transportation, meals, hotel |
| 4. | (ISC)2, Inc. | September 22-24, 2017 | Austin, TX | Conference (guest of spouse) | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barron , David J.** | 08/13/2018 |

5. Federalist Society | November 17-18, 2017 | Washington, DC | Conference | Transportation, meals, hotel

# FINANCIAL DISCLOSURE REPORT

Page 4 of 10

Name of Person Reporting

**Barron , David J.**

Date of Report

08/13/2018

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Shady Hill School | Tuition Agreements | K |
| 2. | JPMorgan Chase & Co. Bank | Credit Card | J |
| 3. | Morgan Stanley (under The Girls LLC) | Margin Account | N |
| 4. | Security First Mortgage Funding LLC (under Mars-B, Inc. LLC) | Mortgage on rental property, Barrington, RI (Part VII, Line 44) | K |
| 5. | Morgan Stanley Bank N.A. (under Alpha-K Holdings LLC) (See part VIII explanation) | Mortgages on rental props, Montevallo, AL and W. Allis, WI (Part VII, Lines 46 and 47) | O |

| Name of Person Reporting | Date of Report |
|---|---|
| Barron , David J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CREF Inflation-Linked Bond Fund | A | Dividend | K | T | | | | | |
| 2. CREF Stock Fund | D | Dividend | N | T | | | | | |
| 3. Fidelity Massachusetts Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 4. Fidelity Select Biotechnology Portfolio | B | Dividend | M | T | | | | | |
| 5. Fidelity Government Money Market Fund (See explanation in Part VIII) | A | Dividend | J | T | | | | | |
| 6. Fidelity Select Banking Portfolio (See Explanation in Part VIII) | A | Dividend | J | T | | | | | |
| 7. Fidelity Municipal Money Market Fund (See explanation in Part VIII) | | None | J | T | | | | | |
| 8. TIAA Traditional Annuity | A | Interest | K | T | | | | | |
| 9. Vanguard Federal Money Market Fund | A | Dividend | K | T | | | | | |
| 10. Vanguard Inst Target Ret 2030 Fund | D | Dividend | N | T | | | | | |
| 11. Vanguard Total Bond Mkt Index Inv Fund | A | Dividend | J | T | | | | | |
| 12. Vanguard Total Bond Mkt Index Inst Fund | A | Dividend | K | T | | | | | |
| 13. Vanguard - New York Times Company Stock Fund | A | Dividend | | | Merged (with line 14) | 12/29/17 | J | | |
| 14. Vanguard Target Retire 2035 Trust II Fund | | None | K | T | | | | | |
| 15. Vanguard Tot Intl Stock 1x Inst Fund | A | Dividend | J | T | | | | | |
| 16. Vanguard Inst Index Fund | A | Dividend | J | T | | | | | |
| 17. Vanguard Extended Mkt Index Inst Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barron , David J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Vanguard Target Retirement 2040 Fund | B | Dividend | M | T | | | | | |
| 19. Vanguard Inst Target Ret 2035 Fund | B | Dividend | M | T | | | | | |
| 20. The Girls, LLC (H)-- See Part VIII for explanation | | | | | | | | | |
| 21. - AMGEN INC (AMGN) common stock | B | Dividend | L | T | | | | | |
| 22. - APPLE INC. (AAPL) common stock | A | Dividend | L | T | | | | | |
| 23. - BANK OF AMERICA CORP. (BAC) common stock | B | Dividend | M | T | | | | | |
| 24. -CHEVRON CORP (CVX) comon stock | A | Dividend | K | T | | | | | |
| 25. -DENTSPLY SIRONA INC. (XRAY) common stock | A | Dividend | L | T | | | | | |
| 26. -EXPEDITORS INTL WASH INC (EXPD) common stock | A | Dividend | L | T | | | | | |
| 27. -GILEAD SCIENCE (GILD) common stock | A | Dividend | J | T | | | | | |
| 28. -JPMORGAN CHASE & CO (JPM) common stock | A | Dividend | K | T | | | | | |
| 29. -MICROSOFT CORP (MSFT) common stock | A | Dividend | K | T | | | | | |
| 30. -ROCKWELL COLLINS INC (COL) common stock | A | Dividend | L | T | | | | | |
| 31. -SCHLUMBERGER LTD (SLB) common stock | A | Dividend | J | T | | | | | |
| 32. -WELLS FARGO &CO NEW (WFC) common stock | A | Dividend | J | T | | | | | |
| 33. -ISHARES NASDAQ BIOTECH ETF (IBB) | A | Dividend | L | T | | | | | |
| 34. -ISHARES SELECT DIVIDEND ETF (DVY) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barron , David J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -POWERSHARES QQQ TR (QQQ) | A | Dividend | L | T | | | | | |
| 36. -MORGAN STANLEY PRIVATE BANK CASH ACCOUNT | A | Interest | L | T | | | | | |
| 37. - INHIBRX LLC common stock | G | Dividend | N | U | | | | | |
| 38. -XENCOR INC preferred stock | D | Dividend | J | U | | | | | |
| 39. -QUANTUMSPHERE INC (QSIM) common stock | | None | K | T | | | | | |
| 40. -GENMARK DIAGNOSTICS (GNMK) common stock | | None | L | T | | | | | |
| 41. -ZEMCAR INC common stock | | None | K | U | | | | | |
| 42. Mars-B, Inc. LLC (H) - See Part VIII for explanation | | | | | | | | | |
| 43. - Non-reportable loan (listed here for income purposes only) | D | Interest | | | | | | | |
| 44. - Rental Property, Barrington, RI (value) See explanation in Part VIII | D | | O | V | | | | | |
| 45. - Alpha-K Holdings LLC (H) - See explanation in Part VIII | | | | | | | | | |
| 46. - Rental Property, Montevallo, AL(value) See explanation in Part VIII | E | Rent | N | V | | | | | |
| 47. - Rental Property, W Allis, WI (value) - See explanation in Part VIII | E | Rent | N | V | | | | | |
| 48. Juliette Kayyem Solutions, LLC - See explanation in Part VIII | | None | N | W | | | | | |
| 49. U.S. Government Securities - Series EE Bonds | A | Interest | J | T | | | | | |
| 50. FOK Holdings LLC (H) - See explanation in Part VIII | | | | | | | | | |
| 51. - Rental Property, Hellertown, PA (value) See explanation in Part VIII | G | Rent | P1 | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barron , David J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  - Rental Property, Lebanon, PA (value) - See explanation in Part VIII | G | Rent | P1 | V | | | | | |
| 53.  - Rental Property, Punxutawney, PA (value) - See expl. in Part VIII | G | Rent | P1 | V | | | | | |
| 54.  ZEMCAR INC common stock (X) | | None | K | U | | | | | |
| 55.  Bank of America, cash accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barron , David J. | 08/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI:

Line 5: Both properties are held under one mortgage and thus listed on the same line.

Part VII:

Line 5-7: These holdings were acquired in 2016 and inadvertently left off of the 2016 report.

Lines 20 and 42: On the basis of new advice of the Financial Disclosure Office and in accord with the instructions, the individual investment holdings of The Girls LLC (Lines 21-41) and Mars B, Inc. LLC (Lines 44-47) are now reportable. Line 43 under Mars-B is non-reportable income and is listed in Part VII for income purposes only.

Line 44: The income reflected for this property is received in connection with Internal Revenue Code 467. Column B(2) is left blank on the advice of the Financial Disclosure Office.

Line 45: Alpha K Holdings LLC is owned by Mars B, Inc. LLC. The real estate properties in Lines 46 and 47 are held by Alpha-K Holdings LLC.

Lines 44, 46, 47 and 51-53: Fair market value of the real estate properties was determined by comparable sales prices in each area.

Line 48: In accord with the advice of the Financial Disclosure Office, no income is reported for Juliette Kayyem Solutions, LLC in Column B, given the nature of its holdings. The total value of assets of the LLC are reflected by the valuation in Column C.

Line 50: FOK Holdings LLC was not included in previous reports because the filer was unaware of it being a reportable entity. On advice of the Financial Disclosure Office, the liabilities of this entity are not listed in Part VI in light of the nature of the reportable interest in the LLC being a future interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David J. Barron**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544